UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| SEDGEWICK ARMSTRONG,<br>    Plaintiff<br><br>v.<br><br>RANDALL LIBERTY, MARSHA ALEXANDER, COREY GOODCHILD, AMANDA CARLOW and MATTHEW RYAN,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 1:16-cv-00386-JAW |

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and hereby stipulate that the above-entitled matter may be dismissed with prejudice and without costs or interest to any party.

Dated: December 20, 2016      /s/ Mark Laverdiere
                   Mark Laverdiere, Esq.
                   Attorney for Plaintiff


Dated: December 20, 2016      /s/ Peter T. Marchesi
                   Peter T. Marchesi, Esq.
                   Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| SEDGEWICK ARMSTRONG, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| RANDALL LIBERTY, MARSHA ALEXANDER, COREY GOODCHILD, AMANDA CARLOW and MATTHEW RYAN, | ) |
| Defendants | ) |

**CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

● Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mark LaVerdiere, Esq.    *mlaverdiere@griffinandjordan.com*

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

None

Dated: December 21, 2016

/s/ Peter T. Marchesi
Peter T. Marchesi, Esq.
Attorney for Defendants
Wheeler & Arey, P.A.
27 Temple Street, P.O. Box 376
Waterville, ME  04903-0376